THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA KOSO, Appellant. [930 NYS2d 171]—

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Eng, Leventhal and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LAPUMA, Appellant. [929 NYS2d 872]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Dillon, JJ., concur.